```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Clouse et al<br><br>　　　　Defendants | ) Case No. **2:09-cv-00930-JAM-KJM**<br>)<br>) STIPULATION AND ORDER RE:<br>) EXTENSION OF TIME UNTIL JULY 6,<br>) 2009 FOR DEFENDANTS GREENBACK<br>) LANE PARTNERS, LTD.; ROBERT E.<br>) CLOUSE; WENDA J. MERZ; ROSEANNE<br>) G. HALL; QUALITY IN HOME CARE<br>) SPECIALIST INC.;R & R MORTGAGE<br>) INC.; MELODY S. ROSENBERG;<br>) BERANKA INC.; CASEY KONGPANICK<br>) VARAKET TO RESPOND TO COMPLAINT<br>)<br>) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Greenback Lane Partners, LTD.; Robert E. Clouse; Wenda J. Merz; Roseanne G. Hall; Quality In Home Care Specialist Inc.; R & R Mortgage Inc.; Melody S. Rosenberg; Beranka Inc.; Casey Kongpanick Varaket, by

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

and through their respective attorneys of record, Scott N. Johnson; Erick Turner, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Greenback Lane Partners, LTD.; Robert E. Clouse; Wenda J. Merz; Roseanne G. Hall; Quality In Home Care Specialist Inc.; R & R Mortgage Inc.; Melody S. Rosenberg; Beranka Inc.; Casey Kongpanick Varaket until June 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Greenback Lane Partners, LTD.; Robert E. Clouse; Wenda J. Merz; Roseanne G. Hall; Quality In Home Care Specialist Inc.; R & R Mortgage Inc.; Melody S. Rosenberg; Beranka Inc.; Casey Kongpanick Varaket are granted an extension until July 6, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Greenback Lane Partners, LTD.; Robert E. Clouse; Wenda J. Merz; Roseanne G. Hall; Quality In Home Care Specialist Inc.; R &

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

R Mortgage Inc.; Melody S. Rosenberg; Beranka Inc.; Casey Kongpanick Varaket response will be due no later than July 6, 2009.

IT IS SO STIPULATED effective as of May 27, 2009

Dated:  May 27, 2009                 /s/Erick Turner_____ ___

                                     Erick Turner,

                                     Attorney for Defendant

                                     Greenback Lane Partners,

                                     LTD.

Dated:  May 27, 2009                 /s/Scott N. Johnson _____

                                     Scott N. Johnson,

                                     Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Greenback Lane Parners, LTD.; Robert E. Clouse; Wenda J. Merz; Roseanne G. Hall; Quality In Home Care Specialist Inc.; R & R Mortgage Inc.; Melody S. Rosenberg; Beranka Inc.; Casey Kongpanick Varaket shall have until July 6, 2009 to respond to complaint.

Dated: June 1, 2009              /s/ John A. Mendez_____

                                 United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com